```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

CHANEL, INC., et al.                                      PLAINTIFFS

                               v. Civil No. 07-mc-00028

SHAWN ADAMSON, et al.                                     DEFENDANTS

### **O R D E R**

NOW on this 9th day of April 2008, comes on for consideration the **Motion to Withdraw** of defense counsel Jason Wales (document #23), and the Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **GRANTED.**  Attorney Jason Wales is allowed to withdraw from further representation of defendant in this matter, and the Clerk of the Court is directed to remove his name from the list of attorneys who receive Notice of Electronic Filing in this case.

     The defendant, Shawn Adamson, shall have 21 days from the date of this order to have another attorney enter an appearance in this matter on his behalf.  If no such entry of appearance is made, Mr. Adamson will be presumed to be proceeding with this matter pro se.

     Unless and until an attorney enters an appearance on Mr. Adamson's behalf, the District Court Clerk is directed to mail

all correspondence and orders, including the present order, to Mr. Adamson at the following address:

21 Owen Street

Eureka Springs, AR 72632

**IT IS SO ORDERED.**

<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**
